**EXHIBIT 2:** INFRINGEMENT #1
URL: https://models.com/oftheminute/?p=147564#TitleAnchor



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://models.com/oftheminute/?p=147564#TitleAnchor

